In re:                                                          Case No. 07-14571-aih
Steven W. Mysyk                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: pzeho      Page 1 of 1      Date Rcvd: Apr 28, 2014
                         Form ID: pdf849  Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2014.
```
db              Steven W. Mysyk,    2826 N. Ridge Road, Lot 93,    Perry, OH  44081-9524
               +PNC Bank, N.A.,    Attn: David Zive,    1600 Market St., 28th Floor,    Philadelphia, PA 19103-7239
cr             +PNC Bank, National Association,    Attn: David Zive,    1600 Market St., 28th Floor,
                 Philadelphia, PA 19103-7239
intp           +Philip Santora,    4252 West 219 Street,    Fairview Park, OH 44126-1812
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
auc            +E-mail/Text: grossman@grossmaninc.com Apr 28 2014 21:54:17      Grossman, Inc.,
                 1305 W. 80th St.,,   Cleveland, OH 44102-1996
cr             +E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2014 21:56:34
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chase Home Finance LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2014 at the address(es) listed below:
```
              Jon J Lieberman    on behalf of Creditor   Chase Home Finance LLC jlieberman@weltman.com
              Lauren A Helbling    on behalf of Debtor Steven W. Mysyk lauren@helblinglpa.com
              Virgil E Brown, Jr    vbrownjr@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```

Under Penalty of perjury, I, the Claimant, or the Authorized Representative of the Claimant, certify that:

1. The information contained herein is true and correct to the best of my knowledge, information, and belief;
2. The Tax ID/Social Security Number on Exhibit A is correct, and;
3. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and;
4. I am (a) an individual who is a U.S. Citizen or U.S. resident alien, or (b) a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

(Corporate Seal, If applicable) _Signature of Claimant or Authorized Representative of Claimant_ — 2/26/14 Date

State of _Kentucky_

County of _Jefferson_

Before me on _2/26/14_ personally appeared the Claimant or the Authorized Representative of Claimant (insert name and title of signer) Lawrence Reynolds, Senior Vice President personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument, and acknowledged to me that (s)he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

(SEAL)

Andrea Schmidt
Notary Public

My commission expires on 10-29-2014

X _____
Petitioner's Signature (PA bar #56309)

Attn: David L. Zive
1600 Market Street, 28th Floor,

Philadelphia, PA 19103
Petitioner's Address

215-585-6351
Petitioner's Phone Number

IT IS SO ORDERED
###

4

_U.S. Bankruptcy Judge_

FILED 2014 APR 28 AM 11:24 CLERK U.S. BANKRUPTCY COURT NORTHERN DIST. OF OHIO CLEVELAND

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 07-14571 |
| ) | Chapter 7 |
| Steven Mysyk aka Steve Mysyk ) | Judge ARTHUR I HARRIS |
| ) | |
| Debtors ) | |
| ) | PETITION FOR UNCLAIMED FUNDS |
| ) | AND ORDER THEREON[1] |

PNC Bank, National Association, the Petitioner, under the penalty of perjury, declares that the following statements and information are true and correct:

1. *Identification of Claimant.* The Claimant's current name, address and telephone number are:

   Name: PNC Bank, National Association

   Address: Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103
   Telephone Number: 215-585-6351

---

[1] For purposes of this Petition and the attached Exhibit A, the following terms apply:
- "Petitioner" means either the Claimant or the Authorized Representative, or an attorney at law representing the Claimant or
   Authorized Representative.
- "Claimant" means either (a) a party in the above-captioned case who was due to receive a distribution of funds from the estate of the Debtor, but which funds were instead deposited as unclaimed funds with the Court by the Trustee or; (b) a person or entity that gained the rights of ownership of the original owner's claim.
- "Authorized Representative" means a person or entity given written authorization by the Claimant to file this Petition on behalf of the Claimant, or a person or entity serving as a duly authorized representative of the estate of a Claimant who is deceased. This includes but is not limited to an employee of the Claimant, a funds locator service, and an attorney-in-fact.

FILED 2014 MAR 13 PM 12:12 CLERK U.S. BANKRUPTCY COURT NORTHERN DIST. OH CLEVELAND

2. *Amount of Distribution.* The Claimant was due to receive a distribution from the estate of the Debtor in the above-captioned case in the amount of $2,519.16. The Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A, and will be docketed as a private docket events.

3. *Evidence of Funds Due.* The funds due Claimant were deposited with the Court by the Trustee pursuant to 11 U.S.C. §347. As evidence therefor, the following document is appended to the Petition (check applicable box):

    ☒ a copy of the Unclaimed Funds Search web page;

    ☐ a copy of the court order depositing the funds into the Treasury/Registry as unclaimed;

    ☐ a copy of the receipt and attached list of parties entitled to the unclaimed funds

    ☐ other supporting documentation (please describe): _____
    _____

4. *Legal Status of Petitioner.* The following checked statement applies:

    ☒ Petition is the Claimant

    ☐ Petitioner is an attorney at law representing the Claimant

    ☐ Petitioner is the Authorized Representative of the Claimant

    ☐ Petitioner is an attorney at law representing the Authorized Representative of the Claimant

    ☐ The above subparagraphs do not apply, but Petitioner is entitled to payment of such monies because (state basis for claim): _____
    _____

5. *Authorized Representative of Claimant.* If the Petitioner is the Authorized Representative of the Claimant, or an attorney at law representing the Authorized Representative of the Claimant, appended to the Petition a notarized, original power of attorney signed by the Claimant on whose behalf the representative is acting.

2

6. *Status of Successor Claimant.* If the current Claimant is not the original holder of the claim, the following requirements apply:

    (a) *Successor Business.* If Claimant is a Successor Business Claimant, check this box ☒ and append to the Petition the following documents:

    - A notarized power of attorney signed by an officer of the successor business;
    - A statement of the signing officer's authority; and
    - Documentation establishing chain of ownership from the Business Claimant

    (b) *Transferred Claim.* If Claimant is a Successor Claimant holding a transferred (assigned) claim, check this box ☐ and append to the Petition documentation evidencing the transfer of claim.

    (c) *Decedent's Estate.* If the owner of record is deceased and the Claimant is decedent's estate, check this box ☐ and append to the Petition certified copies of probate documents establishing the representative's right to act on behalf of the decedent's estate.

7. *Verification of Claim.* Upon sufficient inquiry, and upon Petitioner's information and belief, this claim has not been previously paid, no other petitions or requests for payment are pending, and there are no other parties other than Claimant entitled to these funds.

8. *False Statements.* Petitioner understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Petitioner has knowing and fraudulently made any false statements in this document.

9. *Exhibit A.* Petitioner certifies that the required proofs of identification attached to Exhibit A are legitimate and proper.

10. *Service.* Petitioner has served a copy of the Petition for Unclaimed Funds and Order Thereon, Exhibit A, and all attached documents by regular U.S. Mail this __10th__ day of __March__, __2014__ to the United States Attorney for the Northern District of Ohio, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113. The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

WHEREFORE, pursuant to 11 U.S.C. § 347, 28 U.S.C. § 2042, and Local Bankruptcy Rule 3011-1, Petitioner requests that the Court issue an Order directing payment to the Claimant in the amount set forth in section 2, above, and that payment be forwarded to the petitioner.

3